UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARIA DEL CARMEN GAMBOA FERGUSON,<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION<br><br>*Defendant.* | Civil Action No. 4:20-CV-00097-ALM<br><br>JURY TRIAL DEMANDED |

### ORDER

Before the Court is Plaintiff/Relator Maria Del Carmen Gamboa Ferguson ("Relator") Motion for Leave to File Under Seal (Dkt. #62). The motion requests that Relator's Brief in Opposition to Defendant Lockheed Martin Corporation's ("Lockheed") Motion to Transfer or Alternatively Dismiss be filed under seal. Having considered the motion, the Court will grant the motion.

It is therefore **ORDERED** that Relator's Motion for Leave to File Under Seal (Dkt. #62) is **GRANTED**. Relator's Brief in Opposition to Defendant Lockheed's Motion to Transfer or Alternatively Dismiss (Dkt. #63) shall remain under seal.

It is further **ORDERED** that all documents and exhibits referenced in the granted motion to seal shall remain under seal.

SIGNED this 14th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE